**Order entered March 10, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01216-CV**

**NINETY NINE PHYSICIAN SERVICES, PLLC, Appellant**

**V.**

**BRIAN MURRAY, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07448**

**ORDER**

Before the Court is appellees' March 9, 2020 unopposed second motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **April 10, 2020**. We caution appellees that further extension requests will be disfavored.

/s/    KEN MOLBERG
          JUSTICE